RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Amy_Cleary@fd.org

Attorney for Casey Garrett Teter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>CASEY GARRET TETER,<br><br>            Defendant. | Case No. 2:16-cr-017-GMN-NJK<br><br>**ORDER UNSEALING DOCUMENT**<br><br>**(EXPEDITED TREATMENT REQUESTED)** |

Defendant Casey Garret Teter, through his attorney, Amy B. Cleary, Assistant Federal Public Defender, files this Unopposed Motion for Order Unsealing Document. This Motion is based on the following Memorandum of Points and Authorities and all the pleadings and papers on file in the case.

DATED this 29th day of June, 2016.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Amy B. Cleary*
AMY B. CLEARY
Assistant Federal Public Defender
Attorney for Casey Garret Teter

## MEMORANDUM OF POINTS AND AUTHORITIES

On March 29, 2016, this Court found Defendant Casey Garret Teter violated the terms of his probation and sentenced Mr. Teter to 16 months incarceration to be followed by 36 months of supervised release. ECF No. 19, Judgment on Revocation of Probation. Probation filed the original Petition alleging Mr. Teter's probation violations under seal. ECF No. 4, Petition for Warrant for Offender Under Supervision. At Mr. Teter's initial appearance, this Court ordered the Petition be unsealed. ECF No. 7, Minutes of Proceedings.

A few days before the probation revocation hearing, on March 22, 2016, Probation filed under seal an addendum to the Petition alleging additional violations. This addendum remains under seal.

On April 7, 2016, Mr. Teter filed a timely Notice of Appeal from the Court's entry of a written judgment of conviction. ECF No. 21, Notice of Appeal. Mr. Teter's opening brief is due in the Ninth Circuit Court of Appeals on July 7, 2016. To prepare Mr. Teter's opening brief, Mr. Teter requests the Court enter an order unsealing the addendum addressed above. The undersigned has contacted the government, and the government does not oppose this request.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Amy B. Cleary*
AMY B. CLEARY
Assistant Federal Public Defender
Attorney for Casey Garret Teter

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: June 29, 2016